1  Eugene P. Ramirez (State Bar No. 134865)
     *epr@manningllp.com*
2  Angela M. Powell (State Bar No. 191876)
     *tms@manningllp.com*
3  Garros Chan (State Bar No. 320561)
     gxc@manningllp.com
4  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
5  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
6  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
7
   Attorneys for Defendants, COUNTY OF
8  RIVERSIDE, CITY OF TEMECULA;
   DEPUTY SHERIFF NEWBY; DEPUTY
9  SHERIFF PIERSON; and DEPUTY
   SHERIFF CRAMER
10

11            **UNITED STATES DISTRICT COURT**

12   **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

13

14  JOSHUA DREW WETTSTEIN,            Case No. 5:19-CV-01298 JGB (KKx)

15            Plaintiff,              *[The Hon. District Judge, John W. Holcomb, Magistrate Judge, Kenly Kiya Kato]*

16        v.

17  COUNTY OF RIVERSIDE; CITY OF
    TEMECULA; DEPUTY SHERIFF        **NOTICE OF SETTLEMENT**
18  NEWBY; DEPUTY SHERIFF
    PIERSON; DEPUTY SHERIFF
19  CRAMER; and DOES 1-100.

20            Defendants.

21

22  **TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

23        PLEASE TAKE NOTICE in accordance with L.R. 16-15.7 and L.R. 40-2 that

24  the parties have reached a tentative settlement of this entire case for a specified

25  amount. The settlement is between the plaintiff and defendant County of Riverside

26  only.

27        Pursuant to the settlement reached by the parties, defendant City of Temecula,

28  and defendants Deputy Sheriff Newby, Deputy Sheriff Pierson, and Deputy Sheriff

1  Cramer will be dismissed without prejudice and are not parties to the settlement.

2       Upon finalization of the settlement and the execution of a mutually agreed

3  upon release, the entire case and all defendants shall be dismissed with prejudice.

4  All parties intend to file a Stipulation for Dismissal of the Complaint with Prejudice

5  pursuant to the approved settlement of this matter.  Thus, the parties request that all

6  hearing dates be vacated and that all proceedings be stayed pending finalization of

7  the settlement.

8  ///

9  ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1  DATED:  November 11, 2020    **TRUJILLO & TRUJILLO, APLC**

2

3          By:    /s/ Robert Trujillo

4                 Robert Trujillo
                  Melody Trujillo

5                 Attorneys for Plaintiff,
                  JOSHUA DREW WETTSTEIN

6

7  DATED:  November 11, 2020    **LAW OFFICES OF ROBERT P. KARWIN**

8          By:    /s/ Robert P. Karwin

9                 Robert P. Karwin
                  Attorney for Plaintiff,

10                JOSHUA DREW WETTSTEIN

11 DATED:  November 11, 2020    **KHASHAN LAW FIRM**

12

13         By:    /s/ Lewis G. Khashan

14                Lewis G. Khashan
                  Attorney for Plaintiff,

15                JOSHUA DREW WETTSTEIN

16

17 DATED:  November 11, 2020    **MANNING & KASS**
                                **ELLROD, RAMIREZ, TRESTER LLP**

18

19         By:    /s/ Angela M. Powell

20                Angela M. Powell
                  Garros Chan

21                Attorneys for Defendants, COUNTY OF
                  RIVERSIDE, CITY OF TEMECULA;

22                DEPUTY SHERIFF NEWBY; DEPUTY
                  SHERIFF PIERSON; and DEPUTY

23                SHERIFF CRAMER

24

25

26

27

28

1

## SIGNATURE ATTESTATION

2        Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the

3   content of this document is acceptable to all parties listed above, by and through their

4   counsel of record, and that I have obtained authorization from each party's counsel to

5   affix their electronic signatures to this document.

6   DATED:  November 11, 2020

7                     By:       /s/ Angela M. Powell

8                              Angela M. Powell

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW