Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
Angela M. Powell (State Bar No. 191876)
  *tms@manningllp.com*
Garros Chan (State Bar No. 320561)
  *gxc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF RIVERSIDE, CITY OF TEMECULA; DEPUTY SHERIFF NEWBY; DEPUTY SHERIFF PIERSON; and DEPUTY SHERIFF CRAMER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA DREW WETTSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE; CITY OF TEMECULA; DEPUTY SHERIFF NEWBY; DEPUTY SHERIFF PIERSON; DEPUTY SHERIFF CRAMER; and DOES 1-100.<br><br>    Defendants. | Case No. 5:19-CV-01298 JGB (KKx)<br><br>*[The Hon. District Judge, John W. Holcomb, Magistrate Judge, Kenly Kiya Kato]*<br><br>**STIPULATION AND JOINT REQUEST FOR ORDER DISMISSING PLAINTIFF'S CLAIMS AND ENTIRE CIVIL ACTION WITH PREJUDICE**<br><br>**[Proposed Order Filed Concurrently]** |

**TO THE HONORABLE COURT:**

Plaintiff JOSHUA DREW WETTSTEIN ("plaintiff") and Defendants COUNTY OF RIVERSIDE, CITY OF TEMECULA, DEPUTY SHERIFF NEWBY, DEPUTY SHERIFF PIERSON, and DEPUTY SHERIFF CRAMER ("defendants"), the parties, through their respective attorneys of record, hereby stipulate for the purpose of jointly requesting that the honorable Court dismiss with prejudice all of plaintiff's claims and the entire civil action with prejudice as follows:

## GOOD CAUSE STATEMENT

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.

2. The County of Riverside and plaintiff reached a settlement of this matter, and plaintiff has executed a release of claims that resolves all claims, including attorneys' fees and costs arising out of this action.

3. In light of the foregoing, the parties hereby stipulate that there is Good Cause to dismiss with prejudice the entire action and all claims and parties therein.

## STIPULATION FOR DISMISSAL

4. Therefore, in light of all of the foregoing, the parties hereby stipulate to, and respectfully request that the Court issue an appropriate Order giving effect to the following dismissals **with prejudice** as to all of plaintiff's claims in this action.

5. Plaintiff hereby stipulates (and the signatory parties stipulate) to dismiss with prejudice all of plaintiff's claims against defendants COUNTY OF RIVERSIDE, CITY OF TEMECULA, DEPUTY SHERIFF NEWBY, DEPUTY SHERIFF PIERSON, and DEPUTY SHERIFF CRAMER in their entirety.

6. To the extent that plaintiff alleges any other claims against any other parties or DOES in this action, plaintiff hereby stipulates to dismiss with prejudice any and all such claims and causes of action.

7. Plaintiff hereby stipulates and respectfully requests that the Court issue an Order to **dismiss with prejudice the entire action** – including all claims by the plaintiff against any and all defendants, DOES and/or parties thereto, including all remaining claims against any parties to the above entitled lawsuit.

8. It is further stipulated, by the parties, that this dismissal constitutes a mutual waiver of all costs, court fees, and attorneys' fees arising out of claims between plaintiff and defendants.

///

9. This Stipulation may be signed in counterpart and a facsimile or electronic signature shall be as valid as an original signature.

10. [Signature Attestation.] Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), the undersigned hereby certify that the content of this document is acceptable to all parties listed above, by and through their counsel of record, and that each has obtained authorization from each party's counsel to affix their electronic signatures to this document.

**IT IS SO STIPULATED.**

DATED: February 1, 2021        **TRUJILLO & TRUJILLO, APLC**

By:  /s/ Robert Trujillo
Robert Trujillo
Melody Trujillo
Attorneys for Plaintiff,
JOSHUA DREW WETTSTEIN

DATED: February 1, 2021        **LAW OFFICES OF ROBERT P. KARWIN**

By:  /s/ Robert P. Karwin
Robert P. Karwin
Attorney for Plaintiff,
JOSHUA DREW WETTSTEIN

DATED: February 1, 2021        **KHASHAN LAW FIRM**

By:  /s/ Lewis G. Khashan
Lewis G. Khashan
Attorney for Plaintiff,
JOSHUA DREW WETTSTEIN

DATED: February 1, 2021

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Garros Chan
 Angela M. Powell
 Garros Chan
 Attorneys for Defendants, COUNTY OF RIVERSIDE, CITY OF TEMECULA; DEPUTY SHERIFF NEWBY; DEPUTY SHERIFF PIERSON; and DEPUTY SHERIFF CRAMER